# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2018

*The Court of Appeals hereby passes the following order:*

**A19I0052.  CAT DADDY CORNER CONDOMINIUM ASSOCIATION, INC.
v. LA MARA II, INC., d/b/a LOS ARCOS, et al.**

Cat Daddy Corner Condominium Association, Inc. (the "Association") seeks interlocutory review of a trial court order entered in two cases.  In the first case filed in 2016, La Mara II, Inc. d/b/a Los Arcos ("Los Arcos") sought injunctive relief, requesting among other things that the court enjoin the Association from fining Los Arcos for its use of parking spaces and revoke all amendments to the condominium declaration.  The parties entered a consent judgment, and the case was dismissed with prejudice.  In the second case, which was filed in 2018, the Association filed a complaint seeking judicial foreclosure and injunctive relief.  The order on appeal grants Los Arcos's motion to set aside the judgment in the 2016 case,  grants Northside Bank's motions to intervene in the 2016 and 2018 cases, denies the Association's motion to dismiss Los Arcos's third party complaint, and granted Los Arcos's motion for a temporary restraining order and injunction.  The trial court certified its order for immediate review, and the Association filed both a notice of appeal and the instant application.

The grant or denial of an interlocutory injunction is directly appealable under OCGA § 5-6-34 (a) (4). See *Haygood v. Tilley*, 295 Ga. App. 90, 90 n. 1 (670 SE2d 800) (2008).  Accordingly, the order in this case is subject to direct appeal. Moreover, all rulings within that order and any other non-final rulings entered in the case may also be raised as part of such a direct appeal.  See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem,* 246 Ga. 294, 295 (1) (271 SE2d 199) *(1980).* "This Court will grant a timely application for interlocutory review if the order complained

of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Ordinarily, this Court would grant the application under *Spivey*. Here, however, the Association asserts in its application that it filed a notice of appeal. This application is thus superfluous and is DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  10/23/2018*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_, Clerk._